FILED

SEP 30 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICK A. TALAMANTEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No.: SA-01-CA-035-EP |
| | § | |
| CITY OF CASTROVILLE and CHIEF | § | |
| R.L. MCVAY, In his Individual Capacity, | § | |
| | § | |
| Defendants. | § | |

**JUDGMENT**

In accordance with the jury verdict returned on this date, it is ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the defendants, R.L. McVay and the City of Castroville, and that the plaintiff, Rick Talamantez, take nothing. Costs shall be borne by the party that incurred them.

SIGNED this 30th day of September, 2002.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE



139